TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDRA YOUNG (Cal. Bar No. 336004)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8805
E-mail: Alexandra.Young@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE THANH PHUONG (A# 027-342-593), Petitioner, v. MARK BOWEN, Warden, *et al.*, Respondents, | Case No. 5:26-cv-01965-SVW-ADS<br><br>~~**[PROPOSED]**~~ **JUDGMENT** |

It is hereby Ordered that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is granted. Respondents shall immediately release Petitioner.

DATED: July 22, 2026

By [signature]
HON. STEPHEN V. WILSON
United States District Judge

Presented by:

*/s/ Alexandra Young*
ALEXANDRA YOUNG
Assistant United States Attorney